| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Moore, Jr., William T | 2. Court or Organization<br><br>Southern District of Georgia | 3. Date of Report<br><br>04/25/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>P.O.Box 10245<br>Savannah, GA 31412 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X]   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2001 APR 30 A 9: 17 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 04/25/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | Keller Williams Realty - Commissions |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 04/25/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Darby Bank & Trust Company | Personal Note | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch IRA Rollover Acct (Assets listed below) | E | Dividend | O | T | | | | | |
| 2. ML/CMA Government Securities Fund | | | K | T | | | | | |
| 3. Allstate Corp. Common Stock | A | Dividend | K | T | | | | | |
| 4. Wyeth Common Stock | A | Dividend | J | T | | | | | o |
| 5. Amgen Corp. Common Stock | C | Dividend | J | T | | | | | |
| 6. Amsouth Bancorporation Common Stock | A | Dividend | J | T | | | | | |
| 7. Bank of America Corp. Common Stock | A | Dividend | K | T | | | | | |
| 8. Walt Disney Co. Common Stock | | | J | T | | | | | |
| 9. Gannett Co. Inc. Common Stock | A | Dividend | J | T | | | | | |
| 10. Home Depot Common Stock | A | Dividend | J | T | | | | | |
| 11. Jefferson-Pilot Common Stock | | | K | T | sold | 4/17 | K | B | |
| 12. Proctor & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 13. Schering-Plough Common Stock | | | J | T | | | | | o |
| 14. Time Warner, Inc. Common Stock- | | | J | T | | | | | |
| 15. Costco Companies, Inc. Common Stock | | | K | T | | | | | |
| 16. Pepsico, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 17. ConocoPhillips Common Stock | | | K | T | sold | 11/28 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Intel Corp. Common Stock | | | J | T | | | | | |
| 19. U.S. Treasury Note 10/15/06 | A | Interest | K | T | Redemption | 10/16 | K | | |
| 20. U.S. Treasury Note 11/15/08 | | | K | T | | | | | |
| 21. Minnesota Mining & Mfg. Co. (3M Company) Common Stock | | | K | T | | | | | |
| 22. Kimberly-Clark Common Stock | A | Dividend | J | T | | | | | |
| 23. Murphy Oil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 24. United Parcel Service Cl B Common Stock | A | Dividend | J | T | | | | | |
| 25. U.S. Treasury Note 8/15/07 | | | K | T | | | | | |
| 26. Medco Health Solutions Common Stock | A | Dividend | K | T | | | | | |
| 27. TJX Companies Inc Common Stock | | | K | T | | | | | |
| 28. U.S. Treasury Note 11/15/07 | | | K | T | | | | | |
| 29. U.S. Treasury Note 2/15/08 | | | K | T | | | | | |
| 30. U.S. Treasury Note 8/15/06 | A | Interest | K | T | Redemption | 8/15 | K | | |
| 31. U.S. Treasury Note 8/15/08 | | | K | T | | | | | |
| 32. U.S. Treasury Note 1/15/09 | | | K | T | | | | | |
| 33. U.S. Treasury Note 05/15/09 | | | K | T | | | | | |
| 34. Hewlett Packard Co. Common Stock | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. U.S. Treasury Note 2/28/07 | | | K | T | | | | | |
| 36. U.S. Treasury Note 11/15/09 | | | K | T | | | | | |
| 37. U.S. Treasury Note 5/15/10 | | | K | T | | | | | |
| 38. U.S. Treasury Note 1/15/10 | | | K | T | | | | | o |
| 39. Cisco Systems, Inc. Common Stock | | | J | T | | | | | |
| 40. Sterne, Agee & Leach - IRA Account (Assets listed below) | C | Dividend | L | T | | | | | |
| 41. Mason Dixon Preferred Stock | A | Dividend | J | T | | | | | |
| 42. ICH Corp. Common Stock | | | J | T | | | | | |
| 43. Security Federal Bancorp Common Stock | | | J | T | sold | 2/06 | J | C | |
| 44. Federated Prime Cash Money Market Fund | | | K | T | | | | | |
| 45. ABC Bancorp Cap Common Stock | A | Dividend | J | T | sold | 10/02 | J | D | |
| 46. Chittenden CAP TR I Preferred Stock | A | Dividend | J | T | | | | | |
| 47. Exxon Mobile Corp Common Stock | A | Dividend | J | T | | | | | |
| 48. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 49. Coast Financial Holdings Common Stock | | | J | T | | | | | |
| 50. Desert Community Bank Common Stock | A | Dividend | J | T | | | | | |
| 51. First Horizon National Corp. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |



## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Bristol Myers Squibb Co. Common Stock | A | Dividend | J | T | | | | | |
| 53. Xcel Energy Inc. Common Stock | A | Dividend | J | T | sold | 11/20 | K | D | |
| 54. American General Annuity (X) | A | Interest | J | T | | | | | |
| 55. Janus IRA - Contrarian Fund (Mutual Fund) (See Part VIII) | A | Dividend | J | T | | | | | |
| 56. Coca Cola Common Stock | | | J | T | | | | | |
| 57. Sterne, Agee & Leach, Inc. IRA (Assets listed below) | D | Dividend | M | T | | | | | |
| 58. Federated Prime Cash Money Market Fund | A | Interest | J | T | | | | | |
| 59. Premier CAP TR I Preferred Stock | A | Dividend | J | T | | | | | |
| 60. ABC Bancorp Cap. TR Preferred Stock | A | Dividend | J | T | | | | | |
| 61. Chittenden CAP TR I Preferred Stock | A | Dividend | J | T | | | | | |
| 62. Colonial Capital TR III Preferred Stock | A | Dividend | J | T | | | | | |
| 63. Exxon Mobile Corp Common Stock | A | Dividend | J | T | | | | | |
| 64. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 65. Citigroup Inc. Corp. Bond 3/6/07 | | | J | T | | | | | |
| 66. Household Finance Corp. Bond | A | Interest | J | T | | | | | |
| 67. Coast Financial Holdings Common Stock | | | J | T | | | | | |
| 68. Federal National Mortgage Assn Investment | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Federal Home Loan Bank Gov't Bond 7/23/08 | A | Interest | J | T | | | | | |
| 70. United Parcel Service Corp. Bond | A | Interest | J | T | | | | | |
| 71. Hewlett-Packard Company Common Stock | | | J | T | Partial Sell | 9/14 | J | B | |
| 72. First Horizon National Corp. Common Stock | A | Dividend | J | T | | | | | |
| 73. Desert Community Bank Common Stock | A | Dividend | J | T | | | | | |
| 74. Bristol Myers Squibb Co. Common Stock | A | Dividend | J | T | | | | | |
| 75. First Security Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 76. SunTrust Bank Money Market Acct. (#1) | A | Interest | K | T | | | | | |
| 77. Darby Bank Money Market checking | A | Interest | J | T | | | | | |
| 78. Apollo Investment Co. Common Stock | A | Dividend | J | T | Purchase | 12/5 | J | | |
| 79. Blackrock S&P Common Stock | A | Dividend | J | T | Purchase | 6/27 | J | | |
| 80. First M&F Corp. Common Stock | A | Dividend | J | T | Purchase | 7/25 | J | | |
| 81. Noble International Ltd., Common Stock | A | Dividend | J | T | Purchase | 2/13 | J | | |
| 82. Tele Norte Leste Par SA Spons Common Stock | | | J | T | Purchase | 10/31 | J | | |
| 83. Apollo Investment Co. Common Stock | A | Dividend | J | T | Purchase | 9/21 | J | | |
| 84. First M&F Corp Common Stock | A | Dividend | J | T | Purchase | 7/25 | J | | |
| 85. Pfizer Inc. Common Stock | A | Dividend | J | T | Purchase | 9/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 04/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. RPM International Common Stock | A | Dividend | J | T | Purchase | 10/9 | J | | |
| 87. Telle Norte Leste Par SA Spons Common Stock | | | J | T | Purchase | 10/31 | J | | |
| 88. Time Warner Inc. Common Stock | | | J | T | Purchase | 2/10 | J | | |
| 89. Time Warner Inc. Common Stock | | | J | T | Sold | 7/25 | J | | |
| 90. U.S. Treasury Note 8/31/11 | | | K | T | Purchase | 10/16 | K | | |
| 91. Danaher Corp. Del Common Stock | | | J | T | Purchase | 1/27 | J | | |
| 92. Motorola, Inc. Common Stock | | | J | T | Purchase | 11/28 | J | | |
| 93. U.S. Treasury Note 2/15/11 | | | K | T | Purchase | 8/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moore, Jr., William T | 04/25/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 04/25/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date _APRIL 25, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544